UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-14002-TP-MARTINEZ/MAYNARD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID PETITMARC,

    Defendant.
_____/

REPORT AND RECOMMENDATION ON DEFENDANT'S
ADMISSIONS TO VIOLATION NUMBERS 1, 3, 7, 9, 10, 13, 14, 15, 16, 17, 18, AND 19

    **THIS CAUSE** came before me on April 13, 2022. Having conducted a hearing, I recommend as follows:

    1. A Petition for Warrant or Summons for Offender Under Supervision (the "Petition") was filed in this case on November 2, 2017. DE 35.

    2. The Defendant admitted Violation Numbers 1, 3, 7, 9, 10, 13, 14, 15, 16, 17, 18, and 19 as set forth in the Petition. The Government agreed to recommend dismissal of Violation Numbers 2, 4, 5, 6, 8, 11, and 12 after sentencing.

    3. The possible maximum penalties faced by the Defendant were read into the record by the Government. The Defendant stated that he understood those penalties.

    4. I questioned the Defendant on the record and made certain that he understood his right to an evidentiary hearing. The Defendant acknowledged that he understands his rights in that regard and further understands that if his admissions to Violation Numbers 1, 3, 7, 9, 10, 13, 14, 15, 16, 17, 18, and 19 are accepted, all that will remain regarding those violations will be for the District Court to conduct a sentencing hearing for final disposition of this matter.

5.  The Government proffered a factual basis for the Defendant's admissions to Violation Numbers 1, 3, 7, 9, 10, 13, 14, 15, 16, 17, 18, and 19. Without objection from defense, the Government also introduced Exhibit Number 1 which is a Sentencing Order from *Commonwealth of Virginia v. David Petitmarc*, Case No. CR18000156-00, in the Circuit Court of Warren County, Virginia. Exhibit Number 1 shows the Defendant was convicted of and sentenced for the offenses charged in Violation Numbers 1, 3, 7, 9, and 10 in 2018. The Defendant agreed that the facts proffered by the Government in relation to Violation Numbers 1, 3, 7, 9, 10, 13, 14, 15, 16, 17, 18, and 19 were true and the Government could prove those facts if a hearing were held in this matter. Having heard the factual proffer for Violation Numbers 1, 3, 7, 9, 10, 13, 14, 15, 16, 17, 18, and 19, I find that it establishes a sufficient factual basis to support the Defendant's admissions to these violations.

**ACCORDINGLY**, based upon the Defendant's admissions under oath, I recommend to the District Court that the Defendant be found to have violated the terms and conditions of his supervised release as set forth in Violation Numbers Violation Numbers 1, 3, 7, 9, 10, 13, 14, 15, 16, 17, 18, and 19, and that a sentencing hearing be set for final disposition of this matter.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with Jose E. Martinez, the United States District Judge assigned to this case. Pursuant to Federal Rules of Criminal Procedure, Rule 59(b)(2), failure to file objections timely waives a party's right to review and bars the parties from attacking on appeal any legal rulings and factual findings contained herein.

**DONE AND SUBMITTED** in Chambers at Fort Pierce, Florida, this 15th day of April, 2022.

_____
SHANIEK MILLS MAYNARD
U.S. MAGISTRATE JUDGE