UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-14002-TP-MARTINEZ/MAYNARD

UNITED STATES OF AMERICA

    Plaintiff,

vs.

DAVID PETITMARC,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION ON DEFENDANT'S ADMISSIONS TO VIOLATION NUMBERS 1, 3, 7, 9, 10, 13, 14, 15, 16, 17, 18, AND 19

**THIS CAUSE** came before the Court upon Petition for Warrant or Summons for Offender Under Supervision (the "Petition") filed in this case on November 2, 2017 [DE: 35] before a Magistrate Judge.

**THE MATTER** was convened before Magistrate Judge Shaniek M. Maynard on April 13, 2022 and a Report and Recommendation was filed, [DE: 63], recommending that the Defendant be found to have violated his supervised release with respect to Violation Numbers 1, 3, 7, 9, 10, 13, 14, 15, 16, 17, 18, and 19 as set forth in the Petition. The Government agreed to recommend dismissal of Violation Numbers 2, 4, 5, 6, 8, 11, and 12 after sentencing. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a de novo review of the entire file and after careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation [DE: 63] of United States Magistrate Judge Shaniek M. Maynard, is hereby **AFFIRMED** and **ADOPTED** in its entirety.

The Defendant is adjudged guilty to Violation Numbers 1, 3, 7, 9, 10, 13, 14, 15, 16, 17, 18, and 19 as set forth in the Petition, charging him with violation of supervised release, as proffered on the record during the hearing by the Government.

Sentencing in this matter will be set on **Tuesday, May 24, 2022 at 2:00 p.m.** at the United States Courthouse, Courtroom 4074, 101 South U.S. Highway One, Fort Pierce, Florida.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 2 day of May, 2022.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc:
Hon. Magistrate Shaniek Maynard
All Counsel of Record
U.S. Probation Office